

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Adan G. Adame et al.  v.  Glendale Optical, et al.

Appellate case number:    01-16-00847-CV

Trial court case number:  2006-76611

Trial court:              333rd District Court of Harris County

Date motion filed:        September 14, 2018

Party filing motion:      Appellants Adan G. Adame et al.

    It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature:    /s/ Michael Massengale
                ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Caughey


Date: November 29, 2018